FEE PAID
S/I

Naton Aviv Vernier-Candiotti (Full Name)

naton.candiotti@gmail.com (Email Address)

200 E Haven Ave (Address Line 1)

Arcadia, CA 91006 (Address Line 2)

360-296-9083 (Phone Number)

Plaintiff in Pro Per

FILED

CLERK, U.S. DISTRICT COURT

10/22/24

CENTRAL DISTRICT OF CALIFORNIA

BY ___MRV___ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Naton Aviv Vernier-Candiotti ,

Plaintiff,

vs.

Department of Conservation

(State of California)

_____

_____

Defendant(s).

Case No.: 2:24-cv-09146-JLS(AJRx)
_____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☐Yes ■No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to this complaint happened in this district.

1

Page Number

Form prepared by Public
Counsel. © 2010, 2023 Public
Counsel. All rights reserved.
Revised: October 2023

Civil Rights Complaint Pursuant to U.S.C. § 1983

### III. PARTIES

3.   Plaintiff _____ Naton Aviv Vernier-Candiotti _____ resides at:
*(your full name)*

200 E Haven Ave

Arcadia, CA 91006
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ Department of Conservation (State of California) _____ works at
*(full name of Defendant)*

Department of Conservation (State of California)
*(Defendant's place of work)*

Defendant's title or position is _____ N/A _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because: Please see following pages. _____

_____

5. Defendant _____ works at
*(full name of Defendant)*

_____
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because: _____

_____

2
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Wrongful Termination

*Insert ¶ #*

Mr. Vernier-Candiotti was terminated at the end of probation in '22 due to false allegations and false premises. This was eventually reversed only due to Mr. Vernier-Candiotti requesting and winning a Skelly Hearing.

Please Note: The success rate of an employee winning a Skelly Hearing is usually about 1% - 3%.

Mr. Vernier-Candiotti's life and career was nearly ruined due to this.

2. Consistent Discrimination

*Insert ¶ #*

Consistent, regularly on-going discrimination since early 2022, which is when Mr. Vernier-Candiotti began his employment at DOC (Department of Conservation). This includes discrimination based on sex, race, and age. Various forms of bullying, harassment, favoritism, and retaliation has also occurred. Many Department of Conservation (State of California) policies were broken as well.

3. Retaliation

*Insert ¶ #*

Mr. Vernier-Candiotti was retaliated against multiple times due to him winning his Skelly Hearing (making his supervisor look bad), as well as going to HR and the internal Department of Conservation's EEO asking for help, and for what is mentioned in this document to stop. Despite going to DOC's internal HR and EEO roughly a dozen times or more, all of the same negative actions continued. The DOC HR also revised to meet with Mr. Vernier-Candiotti regarding his concerns until Mr. Vernier-Candiotti's Union representative became involved, and requested a meeting.

Civil Rights Complaint Pursuant to U.S.C. § 1983

4. Violation of the Whistleblower Protection Act

*Insert ¶ #*

Mr. Vernier-Candiotti was told by an engineer that they greatly feared for their safety and the safety of other employees due to the DOC state vehicles having tires that are very old and/or bald. This engineer mentioned experienced a blowout on the freeway due to this, which was very concerning to them. Most of the tires on the DOC's fleet vehicles were 7-10 years old / original tires. This is against the State of CA's policies. Mr. Vernier-Candiotti reported this to management. Much retaliation took place after this. No whistleblower protection.

5. Hostile Work Environment / Discrimination

*Insert ¶ #*

Discrimination: A hostile work environment that is unwelcome and pervasive. Behaviors that constitute legal hostility in the workplace include harassment or discrimination associated with a victim's protected class(es). Examples: Intimidation, sudden work deadlines, having many projects taken away without an explanation.

6. Favoritism (Discrimination)

*Insert ¶ #*

Much favoritism has taken place by Mr. Vernier-Candiotti's supervisor. Examples: Having most or all projects taken away by his supervisor, and given to the same type of employee that has the same race as the supervisor. Mr. Vernier-Candiotti was asked by his supervisor to wait 2 1/2 months to begin working from home. The other employee with an equivalent role as him managed by the same supervisor was only asked to wait two weeks to begin working from home when first starting employment. Mr. Vernier-Candiotti being given different, much faster deadlines than others.

Civil Rights Complaint Pursuant to U.S.C. § 1983

7. "Wage Theft": Violation of Labor Laws / Wage Laws

*Insert ¶ #*
Mr. Vernier-Candiotti was being asked to give up extra vacation time even though he was working during that same time. "Double dipping" of wages. Example: Mr. Vernier-Candiotti was late by 2 minutes from the beginning of his shift. However, he was being asked to have 15 minutes taken of his vacation time even though he was also working during the remaining 13 minutes. This occurred for about 2 years, and was only resolved when the Union got involved.

*Insert ¶ #*

*Insert ¶ #*

## V. CLAIMS

### Claim #1

1. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

1. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

Insert ¶ #    federal constitutional or statutory civil right:

Regarding Statement of Facts #1 - #6 above: The following laws were broken.

More law examples will be provided.

Many Civil Rights laws, including Title VII of the Civil Rights Act of 1964,

California Fair Employment and Housing Act (FEHA), Sections 12900-12996.

___. The above civil right was violated by the following Defendants:

Insert ¶ #

Department of Conservation (State of California)

_(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)_

1. Additional Laws Broken Pertaining #1 - #6 (above):

Insert ¶ #

Wage theft, which is considered a crime. Whistleblower Protection Act,

including Section 8547. The Age Discrimination in Employment Act of 1967.

FEHA Regulations. Labor Code Section 6400 and 6401, Government Code

Section 19572 and 12950.1 among others. California Penal Code Section 71

and 171b. Bullying Laws, including: Cal. Gov. Code § 12950.1.

DOC Bullying Policy: Section: 50000-50045, Section: 54000-50

California Senate Bill SB 1300: Single incident can create hostile work environ.

___. As a result of the Defendant's violation of the above civil right, Plaintiff

Insert ¶ #    was harmed in the following way:

Denied of Civil Rights, nearly having his life and career ruined, much stress

anxiety (leading to getting Shingles). Being denied a safe, fair work environment

that is not hostile and distracting. Lack of career growth and higher wages.

## Claim #( 7 )

*(insert Claim#)*

#7 . Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

# 7 . Wage Theft

*Insert ¶ #*
This was "wage theft," and a violation of Mr. Vernier-Candiotti's Civil Rights.

Wage theft is criminalized under Penal Code 487m PC, not including other Civil

Rights violations. Includes violation of Title VII of the Civil Rights Act of 1964.

#7 . Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Mr. Vernier-Candiotti requested HR, DOC EEO, and management to fix this for

more than a year. They did not until his Union got involved.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

7 .

*Insert ¶ #*
More documentation will be provided regarding this.

7 . As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Being denied his rights, and completely ignored by HR, internal EEO,

management, etc. No protection. This is a violation of multiple laws and policies.

7

Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Preliminary Injunction

*Insert ¶ #*

Injunction: For Mr. Vernier-Candiotti to have his current supervisor (Liza / Elizabeth Elliott) not be his supervisor currently or any time in the future, and no longer be subjected to the negative factors explained in this document.

2. Permanent Injunction

*Insert ¶ #*

Injunction: To have Mr. Vernier-Candiotti's write-up regarding the ADA work, which was produced in August of 2024, to be removed from his personnel file permanently immediately.

3. Monetary Relief

*Insert ¶ #*

To have Mr. Vernier-Candiotti receive the maximum amount of compensation allowed for federal employment discrimination lawsuits in California.

4. Declaratory Relief

*Insert ¶ #*

Declaratory Relief

Dated: 10/21/2024

Sign: _Naton Vernier-Candiotti_

Print Name: Naton Aviv Vernier-Candiotti

8

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983