**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATON AVIV VERNIER-CANDIOTTI,<br><br>               Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CONSERVATION,<br><br>               Defendants. | Case No. 2:24-cv-09146-JLS-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Furthermore, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts and adopts the recommendation of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

    A.    The DOC Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

        1.    All claims except the Title VII portion of Claim Two is

**DISMISSED with prejudice**;

2.      Plaintiff's requests for punitive damages and attorneys' fees against DOC are **DISMISSED with prejudice**; and

3.      DOC's request for a more definite statement is **DENIED**;

B.      The Employee Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1.      All claims against Elliot except Claims Four, Six, Eight, and Nine and the accompanying punitive damages claim are **DISMISSED with prejudice**;

2.      All claims against Beskas, Hirst, and Austin except Claim Six and the accompanying punitive damages claim are **DISMISSED with prejudice**;

3.      Plaintiff's request for attorneys' fees against Employees is **DISMISSED with prejudice**; and

4.      Employees' request for a more definite statement is **DENIED**.

DATED: May 13, 2026                     _____

                                        HONORABLE JOSEPINE L. STATON
                                        UNITED STATES DISTRICT JUDGE

2